THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS ALVAREZ, Appellant.

Submitted March 28, 2011; decided April 28, 2011

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MUNGRO, Appellant.

Submitted April 11, 2011; decided April 28, 2011

Motion for assignment of counsel granted and Charles J. Greenberg, Esq., PO Box 102, Buffalo, New York 14207-0102 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBRA PAGAN, Appellant.

Submitted April 4, 2011; decided April 28, 2011

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK E. WALKER, Appellant.

Submitted April 18, 2011; decided April 28, 2011

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 dismissed as academic upon the ground that a Justice of the Appellate Division granted defendant leave to appeal by order dated April 14, 2011.